| | |
|---|---|
| 1 | Steven A. Sherman, Esq.  Bar No. 113621 |
| | Diana L. Field, Esq.  Bar No. 132435 |
| 2 | **FERGUSON, PRAET & SHERMAN** |
| | A Professional Corporation |
| 3 | 1631 East 18th Street |
| | Santa Ana, California  92705-7101 |
| 4 | (714) 953-5300 Telephone |
| | (714) 953-1143 Facsimile |
| 5 | Ssherman@law4cops.com |
| 6 | Attorneys for Defendants |

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA SANTOS, AMANDA SANTOS, SONIA SANTOS, JAVIER SANTOS, LINDA FLORES and FRANK SANTOS, | ) ) ) ) ) | NO. SACV08-982 CJC(MLGx) |
| Plaintiffs, | ) ) | **[PROPOSED]** ORDER PURSUANT TO STIPULATED DISMISSAL OF ALL DEFENDANTS, WITH PREJUDICE |
| v. | ) ) | |
| CITY OF GARDEN GROVE, OOMAR PATEL, KEVIN LACROIX, ARTHUR TINTLE, DAMIEL VILLEGAS, GEORGE KAISER, FRED AVALOS, TIM KOVACS, BOB ANDERSON, HAN CHO, SGT. TRAVIS WHITMAN and DOES 1 thorough 10, inclusive, | ) ) ) ) ) ) ) ) | *[Filed Concurrently with Stipulation of Dismissal]* |
| Defendants. | ) | |

Pursuant to stipulation of the parties,

IT IS SO ORDERED THAT:

The within matter is dismissed, with prejudice, as to Defendants City of Garden Grove, Kevin LaCroix, Arthur Tintle, Daniel Villegas, George Kaiser, Fred Avalos, Tim Kovacs, Bob Anderson, Han Cho, Sgt. Travis Whitman and Oomar Patel.

1  All parties are to bear their respective costs and attorney fees.

4  DATED: September 28, 2009

_____
Honorable Cormac J. Carney
United States District Judge